HFLEN Douglass and V. E. Douglass v. Joe Sapotnick

173 So. 926.

Opinion Filed January 18, 1937.

*Ernest F. Housholder* for Plaintiffs in Error;

*Scarlett & Futch* and *Murray Sams,* for Defendant in Error;

Per Curiam.—This is a companion case to that case of Helen Douglass and V. E. Douglass v. Joe Sapotnick, Jr., a minor, by Joe Sapotnick, his next friend, and the judgment is reversed upon authority of the opinion and judgment in that case filed at the last term of the Court.

So ordered.

Reversed and remanded for new trial.

Ellis, C. J., and Whitfield, Terrell, Brown and Buford, J. J., concur.

Davis, J., dissents.